U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

DEC 18 2013

TONY R. M......
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

RODNEY A. LONG                    CIVIL ACTION NO: 12-2615

VERSUS                            JUDGE DONALD E. WALTER

WARDEN, FEDERAL CORRECTIONAL
INSTITUTE, OAKDALE                MAGISTRATE JUDGE KAY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein and having thoroughly reviewed the record and concurring with the findings of the Magistrate Judge under the applicable law, and noting the lack of written objections;

**IT IS ORDERED** that the Plaintiff's writ of habeas corpus pursuant to 28 U.S.C. § 2241 is hereby **DENIED**. This matter is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, this 18 day of December, 2013.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE